HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
RACHEL J. VINSON, SBN 331434
RVinson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Defendant
LEPRINO FOODS COMPANY

DIVERSITY LAW GROUP
LARRY W. LEE, SBN 228175
lwlee@diversitylaw.com
KRISTEN M. AGNEW
kagnew@diversitylaw.com
NICHOLAS ROSENTHAL
nrosenthal@diversitylaw.com
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Telephone:     (213) 488-6555
Facsimile:      (213) 488-6554

Attorneys for Plaintiff
CHRISTOPHER DOMINGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DOMINGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01018-ADA-EPG<br><br>ORDER RE: STIPULATION TO EXTEND CLASS CERTIFICATION DISCOVERY CUT-OFF<br><br>(ECF No. 19). |

1

1  Plaintiff Christopher Dominguez ("Plaintiff") and Defendant Leprino Foods Company
2 ("Defendant") (collectively "the parties"), by and through their respective counsel, hereby
3 stipulate as follows:
4  WHEREAS, on November 22, 2022, the Court issued a Class Action Scheduling
5 Conference Order (Dkt. 13), which included a non-expert class certification discovery deadline of
6 July 28, 2023, as well as other deadlines;
7  WHEREAS, discovery between the parties is ongoing and the parties are working
8 cooperatively;
9  WHEREAS, on February 6, 2023, Plaintiff served Requests for Production of Documents
10 (Set One) and Interrogatories (Set One);
11  WHEREAS, on February 16, 2023, the parties agreed to extend Defendant's deadline to
12 respond to Plaintiff's discovery requests 30 days to April 5, 2023;
13  WHEREAS, on April 4, 2023, the parties agreed to further extend Defendant's deadline to
14 respond to Plaintiff's discovery requests 30 days to May 8, 2023;
15  WHEREAS, there have been no prior continuances of the non-expert class certification
16 discovery deadline;
17  WHEREAS, continuance of the non-expert class certification discovery deadline would
18 not impact any other dates scheduled in this matter;
19  WHEREAS, the parties have met and conferred and agreed to extend the existing non-
20 expert class certification discovery deadline by 30 days;
21  IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their
22 respective counsel, pursuant to Local Rule 144:
23  That the non-expert class certification discovery cutoff shall be extended by 30 days, from
24 July 28, 2023 to August 28, 2023.
25  **IT IS SO STIPULATED.**
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  April 6, 2023 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | |
| 4 | | By:    */s/ Rachel J. Vinson*<br>SANDRA L. RAPPAPORT |
| 5 | | LISA M. POOLEY<br>RACHEL J. VINSON |
| 6 | | Attorneys for Defendant<br>LEPRINO FOODS COMPANY |
| 7 | DATED:  April 6, 2023 | DIVERSITY LAW GROUP |
| 8 | | |
| 9 | | |
| 10 | | By:    */s/ Kristen M. Agnew* |
| 11 | | KRISTEN M. AGNEW<br>Attorneys for Plaintiff and Class Members |

-3-

**ORDER**

Based on the parties' stipulation (ECF No. 19), IT IS ORDERED that the deadline to complete non-expert class certification discovery be extended to August 28, 2023. All other pending deadlines in the Court's class action scheduling order (ECF No. 13) remain unchanged.

IT IS SO ORDERED.

Dated:  **April 7, 2023**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE