Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
Nicholas Rosenthal (State Bar No. 268297)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com
kagnew@diversitylaw.com
nrosenthal@diversitylaw.com

William L. Marder (State Bar No. 170131)
bill@polarislawgroup.com
**Polaris Law Group**
501 San Benito Street, Suite 200
Hollister, CA 95023
(831) 531-4214
(831) 634-0333 facsimile

Attorneys for Plaintiff and the Aggrieved Employees

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER DOMINGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-01018-KES-EPG<br><br>**ORDER GRANTING STIPULATION REGARDING BELAIRE NOTICE TO PUTATIVE CLASS MEMBERS**<br><br>(Doc. 33) |

This matter comes before the Court on the Stipulation Regarding Belaire Notice to Putative Class Members (the "Stipulation") filed by Plaintiff Christopher Dominguez ("Plaintiff") and Defendant Leprino Foods Company ("Defendant") (collectively, the "Parties").

1

Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby **GRANTED** as follows:

1. The *Belaire-West* notice attached as Exhibit A to the Stipulation is hereby approved for dissemination to the putative class members. The parties shall correct the case number listed on the notice at Exhibit A to reflect the current case number for this action: 1:22-cv-01018-KES-EPG.

2. The Court appoints Phoenix Settlement Administrators ("Administrator") to administer an "opt out" *Belaire-West* notice;

3. Within fourteen (14) days of receipt of the Court's Order, Defendant shall provide the name, address and telephone number of putative class members (the "Data") to the Administrator;

4. The Administrator shall complete the mailing within fourteen (14) days of receipt of the Data;

5. The putative class members shall have forty-five (45) days to "opt out" of providing their contact information to Plaintiff's counsel;

6. Within ten (10) days of the expiration of the "opt out" period, the Administrator shall release to counsel for Plaintiff and Defendant the contact information for putative class members who did not timely mail an "opt out" request; and

7. Within ten (10) days of the expiration of the "opt out" period, the Administrator will provide to Defendant's attorneys the names of all putative class members who opted out of having their contact information disclosed to Plaintiff's counsel.

IT IS SO ORDERED.

Dated:   July 1, 2024

UNITED STATES DISTRICT JUDGE

2