**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER DOMINGUEZ, *as an individual and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, *a Colorado corporation.*<br><br>Defendant. | Case No.: 1:22-cv-01018-KES-EPG<br><br>**JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; ORDER**<br><br>(ECF No. 62) |

      Plaintiff Christopher Dominguez ("Plaintiff") and Defendant Leprino Foods Company ("Defendant"), by and through their respective attorneys of record, hereby submit the following Joint Stipulation for Leave to File Second Amended Class Action Complaint as follows:

      WHEREAS, pursuant to a stipulation of Plaintiff and Defendant (collectively, the "Parties"), Plaintiff filed a First Amended Complaint ("FAC") on February 14, 2024. (ECF No. 31);

WHEREAS, in the FAC, Plaintiff asserted class claims for: (1) violation of Labor Code sections 226.7 and 512; (2) violation of Labor Code sections 201, 202 and 203; (3) violation of Labor Code section 226; and (4) violation of Business and Professions Code section 17200, *et seq.*;

WHEREAS, the Parties have reached an agreement in principle to resolve the Action in its entirety, as memorialized in the Joint Stipulation of Class Action Settlement (the "Settlement");

WHEREAS, to effectuate the terms of the settlement, Plaintiff seeks to file a Second Amended Class Action Complaint ("SAC") that is limited to a single cause of action for violation of Labor Code section 226(a) brought on behalf of Plaintiff and the Class; and

WHEREAS, Defendant has no objection to the filing of the SAC, without prejudice to and without waiving any defenses thereto.

NOW THEREFORE, the Parties STIPULATE and REQUEST as follows:

1. That the Court issue an order permitting Plaintiff to file a Second Amended Class Action Complaint, a true and correct copy of which is attached hereto as **Exhibit A**;

2. That the Second Amended Class Action Complaint be deemed filed as of the date of the Court's Order approving this stipulation; and

3. That Defendant's obligation to file an Answer to the Second Amended Class Action Complaint is stayed pending the approval of the Settlement.

IT IS SO STIPULATED.

DATED: April 24, 2025                    DIVERSITY LAW GROUP, P.C.


                                         By: */s/ Kristen M. Agnew*
                                              Larry W. Lee
                                              Kristen M. Agnew
                                         Attorneys for Plaintiff and the Class

**JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; ORDER**

DATED: April 24, 2025          HANSON BRIDGETT LLP

By: */s/ Sandra L. Rappaport*
      Sandra L. Rappaport
      Lisa M. Pooley
Attorneys for Defendant

JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT; ORDER

**ORDER**

Based on the parties' joint stipulation (ECF No. 62), IT IS ORDERED as follows:

1. Plaintiff Christopher Leprino is granted leave to file a Second Amended Class Action Complaint, a true and correct copy of which is attached to the Stipulation as **Exhibit A**;

2. The Second Amended Class Action Complaint shall be deemed filed as of the date of this Order; and

3. Defendant's obligation to file an Answer to the Second Amended Class Action Complaint is stayed pending the approval of the Settlement.

IT IS SO ORDERED.

Dated: **April 24, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE