Larry W. Lee (State Bar No. 228175)
Kristen M. Agnew (State Bar No. 247656)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile
lwlee@diversitylaw.com
kagnew@diversitylaw.com

William L. Marder (State Bar No. 170131)
bill@polarislawgroup.com
**Polaris Law Group**
501 San Benito Street, Suite 200
Hollister, CA 95023
(831) 531-4214
(831) 634-0333 facsimile

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DOMINGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:22-cv-01018-KES-EPG<br><br>**JOINT STIPULATION FOR LIMITED CONSENT TO MAGISTRATE JUDGE FOR PURPOSES OF HEARING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER** |

1

**JOINT STIPULATION FOR LIMITED CONSENT TO MAGISTRATE JUDGE FOR PURPOSES OF HEARING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER**

1  Plaintiff Christopher Dominguez ("Plaintiff") and Defendant Leprino Foods Company ("Defendant"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on April 24, 2025, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement (ECF No. 63), originally noticed for hearing before Magistrate Judge Erica P. Grosjean on May 30, 2025, at 10:00 a.m.;

WHEREAS, on April 25, 2025, the Court issued a Minute Order (ECF No. 65) re-setting the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement to June 2, 2025, at 1:30 p.m., in Courtroom 6 before District Judge Kirk E. Sheriff;

WHEREAS, on May 29, 2025, the Court issued a Minute Order (ECF No. 69) submitting Plaintiff's Motion for Preliminary Approval of Class Action Settlement without oral argument pursuant to Local Rule 230(g) and vacating the June 2, 2025 hearing date; and

WHEREAS, the Parties have met and conferred and agree to provide limited consent pursuant to 28 U.S.C. section 636(c) and Local Rule 305 for Magistrate Judge Erica P. Grosjean to adjudicate Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the Parties consent to Magistrate Judge Erica P. Grosjean adjudicating Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

IT IS SO STIPULATED.

DATED: August 21, 2025                DIVERSITY LAW GROUP, P.C.


                                      By: */s/ Kristen M. Agnew*
                                          Larry W. Lee
                                          Kristen M. Agnew
                                      Attorneys for Plaintiff and the Class

DATED: August 21, 2025                HANSON BRIDGETT LLP


                                      By: */s/ Sandra L. Rappaport*
                                          Sandra L. Rappaport
                                          Lisa M. Pooley
                                      Attorneys for Defendant

**JOINT STIPULATION FOR LIMITED CONSENT TO MAGISTRATE JUDGE FOR PURPOSES OF HEARING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER**

**ORDER**

THE COURT, having received and reviewed the Joint Stipulation for Limited Consent to Magistrate Judge for Purposes of Hearing Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Stipulation"), and GOOD CAUSE appearing, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. section 636(c) and Local Rule 305, the Parties' limited consent is accepted. Magistrate Judge Erica P. Grosjean shall adjudicate Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

IT IS SO ORDERED.

Dated:   August 21, 2025

_____
UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION FOR LIMITED CONSENT TO MAGISTRATE JUDGE FOR PURPOSES OF HEARING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER