UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DOMINGUEZ, *as an individual and on behalf of all others similarly situated,*

Plaintiff,

v.

LEPRINO FOODS COMPANY

Defendant.

Case No. 1:22-cv-01018-EPG

ORDER DIRECTING CLERK OF COURT TO TERMINATE FINDINGS AND RECOMMENDATIONS AS NO LONGER PENDING

(ECF No. 82)

ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS CERTIFICATION AND APPROVAL OF A CLASS ACTION SETTLEMENT IN PART

(ECF No. 75)

The parties, Plaintiff Christopher Dominguez and Defendant Leprino Foods Company, have reached a settlement in this putative class action case that alleges a violation of California Labor Code section 226(a)(2). Plaintiff filed a motion to certify the settlement class and issue a final approval of the parties' settlement on January 29, 2026. (ECF No. 75).

The presiding District Judge referred the motion to the undersigned for preparation of findings and recommendations on January 30, 2026. (ECF No. 76). The Court held a final approval hearing on May 21, 2026, and counsel for both parties were present. There were no objections filed to Plaintiff's motion, nor were objections raised at the hearing.

On June 4, 2026, the undersigned issued findings and recommendations recommending that Plaintiff's Motion for Final Approval of Class Certification and Approval of a Class Action

Settlement be Granted in Part. (ECF No. 82).

Neither party filed objections; rather, they consented to the undersigned presiding over the case for all further proceedings. (ECF No. 85).

Accordingly, for the reasons contained in the Court's findings and recommendations issued on June 4, 2026 (ECF No. 82), IT IS ORDERED as follows:

1. As the parties have consented to the undersigned presiding over this case, the Clerk of Court is directed to terminate the June 4, 2026, findings and recommendations (ECF No. 82) as no longer pending.
2. Plaintiff's motion for final approval of the class action settlement (ECF No. 75) is GRANTED in part.
3. The following settlement class is certified: All non-exempt employees of Leprino Foods Company who performed work in California from October 17, 2023, through February 24, 2024.
4. The Court approves a $283, 976.00 gross settlement amount.
5. Plaintiff Christopher Dominguez is approved as the class representative for the settlement class and shall receive a $7,500 class representative service payment.
6. Kristen Agnew, Larry Lee, Max Gavron, and Kwanporn "Mai" Tulyathan of Diversity Law Group, P.C. are approved as class counsel for the settlement class and the Court approves an award of $94, 658.66
7. The Court approves an award of $23,789.43 in costs.
8. The Court approves Phoenix Settlement Administrators as the settlement administrator and payment of $11,995.000 to it as costs.
9. Upon completion of administration of the settlement, the settlement administrator will provide written certification of such completion to the Court and counsel for the parties.
10. Because there have been no objections to the settlement, this order is considered effective for implementation purposes on the date that the Court enters this order granting final approval of the settlement.
11. Within 15 days of this order being entered, Defendant shall issue the gross settlement amount, plus its share of payroll taxes, to the settlement administrator.

12. By no later than December 1, 2026, Plaintiff's counsel shall file a declaration from the settlement administrator setting forth the disbursements that were actually made, including any uncashed checks and status of process of forwarding unclaimed funds to the State Controller.
13. The Clerk of Court is directed to issue a final judgment consistent with this order and then to close this case.
14. The Court shall retain jurisdiction over this case for the purposes of supervising the implementation, enforcement, and interpretation of the settlement agreement and this order.

IT IS SO ORDERED.

Dated: **July 14, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE